# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

RECEIVED

AUG 07 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

|  |  |
|---|---|
| Jerry E. Young<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br><br>-v-<br><br>Davidson County Jail<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names. Do not include addresses here.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. _____<br>*(to be filled in by the Clerk's Office)* |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _7-28·26_

Signature of Plaintiff

Printed Name of Plaintiff _Jerry Young_

Prison Identification # _0045535_

Prison Address _105 East High Street_

_Lebanon_ _TN_ _37087_

City        State        Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

City        State        Zip Code

Telephone Number _____

E-mail Address _____

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — Jerry E. Young

All other names by which you have been known:

ID Number — 0045535

Current Institution — Wilson County Jail

Address — 105 East High Street

Lebanon — *City* — TN — *State* — 37087 — *Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name — Off. McCoy

Job or Title *(if known)* — Transport Off.

Shield Number — Idk

Employer — Davidson County Jail

Address — 5131 Harding Place

Nashville — *City* — TN — *State* — 37211 — *Zip Code*

[✓] Individual capacity    [ ] Official capacity

Defendant No. 2

Name — Sheriff Daron Hall

Job or Title *(if known)* — Sheriff

Shield Number — Idk

Employer — Davidson County Sheriff Dept.

Address — 5131 Harding Place

Nashville — *City* — TN — *State* — 37211 — *Zip Code*

[✓] Individual capacity    [ ] Official capacity

Defendant No. 3

Name     Nurse Miranda

Job or Title *(if known)*     Head Nurse

Shield Number     Idk

Employer     Davidson County Jail

Address     5131 Harding Place

Nashville     TN     37211

              *City*            *State*            *Zip Code*

[✓] Individual capacity     [ ] Official capacity

Defendant No. 4

Name     Chief. Brown

Job or Title *(if known)*     Chief

Shield Number     Idk

Employer     C.D.M

Address     5131 Harding Place

Nashville     TN     37211

              *City*            *State*            *Zip Code*

[✓] Individual capacity     [ ] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

     [ ] Federal officials (a *Bivens* claim)

     [✓] State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

14th amendment, Negligence (medical), 8th amendment

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N|A

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See Attachment

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☐    Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

See Attachment

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

See Attachment

Case 3:26-cv-01120    Document 1    Filed 08/07/26    Page 5 of 13 PageID #: 5

ATTachment p.g. 4 (D) II

NuRse MiRanda checked me out after the wreck, and only took my vitals, but didn't allow me to go to the hospital about my injuries (Knee, back, head, and teeth) or see the dentist due to my fang getting KnockOut due to me hitting the seat on the bus. Chief BROWN wouldn't allow me to get check on by Real medical personal after I told him about my injury due to the bus wreck. Off. McCoy wreck the bus I was on by hitting another driver on the road that lead to my injuries. (back, Knee, head, and tooth) Sheriff Hall was told through the Grievance System and nothing was done.

ATTachment p.g. 4 IV

(A) Off. McCoy wrecked the Jail bus ON I24 around 5:30 am. on Sept. 11, 2025 leading to me getting injury. After getting to the courthouse NuRse MiRanda ask if I was injury, I told her Yes. She checked my vitals and wrote down my injury then Sent me to the holding after telling me my injuries would be document.

(B) I wrote Chief Brown about my injuries through the grievance System about my back, Knee, tooth, and head injury. I was still denied Medical Care and the right treatment. Sheriff Hall don't allow me to appeal to the Final appeal due to its not having an appeal button on the Grievance System

(D) I wasn't allowed Medical Care or treatment after I was in a bus wreck (Jail) due to Off. McCoy hitting a car and getting threw around on the bus leading to my fang (tooth) getting Knock out and me injuring my neck, back, and Knee. It's was 40 more inmates on the bus with me. We was on our way to the courthouse that morning

C.       What date and approximate time did the events giving rise to your claim(s) occur?

9/11/2025 - 5:30am

D.       What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attachment

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I injury my Knee, back, head, and tooth. They just X-Ray my Knee months later and give me pain meds.

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

15,000-600,000-I can't work, my medical bill, mental, dental, and pain and suffering

Page 5 of 11

VII.   **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Davidson County Jail

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Negligence (Medical) 14th amendment

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

Tablet (Davidson County Jail)

2.   What did you claim in your grievance?

I was in the Jail bus wReck on Sept. 11, 2025 and didn't Recieve CORRect Medical Care

3.   What was the result, if any?

Nothing, but an X-Ray on my Knee months later

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Never got nothing back from the GRelevance. and it didn't have an appeal

F.     If you did not file a grievance:

1.     If there are any reasons why you did not file a grievance, state them here:

N/A

2.     If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Never got a Reply back

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

**VIII.  Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3.  Docket or index number

    _____

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    N/A _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

*N/A* _____

THE WILSON CO. JAIL HAS NEITHER
CENSORED NOR INSPECTED THIS
ITEM. THEREFORE, THE DEPARTMENT
DOES NOT ASSUME RESPONSIBILITY
FOR ITS CONTENT.
WILSON COUNTY SHERIFF'S OFFICE

FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022

Jerry E. Young
105 East High Street
Lebanon, TN 37087

RECEIVED
AUG 07 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

NASHVILLE TN 370
4 AUG 2026   PM 6   L

FOREVER / USA

United States District Court for the Middle District of Tennessee
719 Church St., Ste 300
Nashville, TN 37203

37203-709525